UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00342-FDW-SCR

| | |
|---|---|
| MARK MCDERMOTT, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| INSTANT BRANDS, LLC and CORELLE BRANDS, LLC, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* following Defendants' filing of a Suggestion of Bankruptcy (Doc. No. 5). Pursuant to 11 U.S.C. § 362, "a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title[.]" 11 U.S.C. § 362. As a result, this matter has been stayed pending the outcome of the ongoing bankruptcy proceedings. The parties shall file a Joint Status Report on **July 15, 2024**, and **every sixty (60) days thereafter**, until the bankruptcy proceedings are completed.

**IT IS SO ORDERED.**

Signed: May 14, 2024

Frank D. Whitney
United States District Judge